UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:18CV-P812-CRS

**JEROME THOMAS WEST**                                                                                      **PLAINTIFF**
**A/K/A PATRICK WAYNE WOKULICH**

v.

**LOUISVILLE METRO DEPT. OF CORRECTIONS**                                          **DEFENDANT**

## MEMORANDUM OPINION

Plaintiff, Jerome Thomas West A/K/A Patrick Wayne Wokulich, filed the instant *pro se* 42 U.S.C. § 1983 action proceeding *in forma pauperis* naming Louisville Metro Department of Corrections (LMDC) as the only Defendant.  By Memorandum Opinion and Order entered January 9, 2019, the Court conducted initial review of the complaint pursuant to 28 U.S.C. § 1915A (DN 6).  The Court found that Plaintiff's claims against LMDC must be dismissed for failure to state a claim upon which may be granted.  However, citing *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the [Prison Litigation Reform Act]."), the Court gave Plaintiff the opportunity to amend his complaint to name the specific individuals whom he alleged violated his rights.  The Court ordered Plaintiff to file an amended complaint within 30 days and warned him that his failure to file an amended complaint within the time allotted would result in dismissal of the instant action for the reasons stated in the Memorandum Opinion and Order.

More than 30 days have passed, and Plaintiff failed to comply with the Court's Order or to take any other action in this case.  Because Plaintiff failed to file an amended complaint, the complaint must be dismissed for failure to state a claim upon which relief may be granted for the

reasons stated in the Court's Memorandum Opinion and Order (DN 6).  Therefore, the Court will enter a separate Order dismissing this action.

Date: March 8, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Plaintiff, *pro se*
Defendant
Jefferson County Attorney
4411.010